**INTAMIN, LTD., Plaintiff–Appellant,**

v.

**MAGNETAR TECHNOLOGIES CORP., Defendant–Appellee.**

**No. 2010–1003.**

United States Court of Appeals, Federal Circuit.

June 1, 2010.

Ted S. Ward, Berke, Kent & Ward LLP, Los Angeles, CA, for Plaintiff–Appellant.

John B. Sganga Jr., Paul A. Stewart, Joseph S. Cianfrani, David G. Jankowski, Christopher L. Ross, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, for Defendant–Appellee.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**NORTHEAST SAVINGS, F.A., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2010–5105.**

United States Court of Appeals, Federal Circuit.

June 8, 2010.

James C. Martin, Reed Smith LLP, Pittsburg, PA, for Plaintiff–Appellant.

Elizabeth M. Hosford, Department of Justice, Washington, DC, for Defendant Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).